IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT A. SCHWERDTFEGER, ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **09-429 - MJR -CJP** |
| ) | |
| **THOMAS J. VILSACK,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Plaintiff has filed a Request to Produce at **Doc. 33**. Pursuant to Local Rule 26.1(b), discovery documents such as interrogatories and requests to produce should not be filed with the Court. The certificate of service indicates that plaintiff mailed a copy to defendant's attorney. That is all that is required. Defendant's response is due in 30 days, per Fed.R.Civ.P. 34(b)(2).

The Clerk of Court shall **strike** plaintiff's Request to Produce **(Doc. 33)** from the Court's file.

**IT IS SO ORDERED.**

DATED:   December 9, 2010.


s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**